IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ABEL GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>HLA WIN, et al.,<br><br>    Defendants. | No. 2:19-CV-0434-TLN-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) plaintiff's motions for an extension of time, ECF No. 36 and 40; and (2) plaintiff's motion to modify the scheduling order, ECF No. 37. All motions seek additional time to file a reply to defendants' answer. Because the Federal Rules of Civil Procedure do not contemplate a reply to an answer as acceptable pleading, both motions are denied as unnecessary.

    IT IS SO ORDERED.

Dated: August 27, 2020

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE