IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ABEL GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>HLA WIN, et al.,<br><br>            Defendants. | No.  2:19-CV-0434-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF Nos. 43 and 45, for an extension of time to file a "responsive pleading of opposition" to Defendants' answer.  Also before the Court is Plaintiff's motion, ECF No. 44, for modification of the Court's July 1, 2020, scheduling order to permit him to file a response to Defendants' answer.  Plaintiff's motions are denied because the Federal Rules of Civil Procedure do not allow for such a pleading.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1