IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE ABEL GARCIA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HLA WIN, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:19-CV-0434-TLN-DMC-P<br><br>[PROPOSED] ORDER<br><br><br>Judge:　　　The Honorable Dennis M. Cota<br>Trial Date:　Not set<br>Action Filed:　March 11, 2019 |

The Court, having considered Defendants' motion to modify the discovery and scheduling order, and good cause having been found, Defendants' motion is **GRANTED**. The deadline to file a dispositive motion is extended to June 28, 2021. All other previously-set deadlines shall remain in place.

**IT IS SO ORDERED.**

**Dated:  May 5, 2021**~~May 3, 2021~~

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

~~Dated: _____~~                                   ~~The Honorable Dennis M. Cota~~

SA2020101422/35051670.docx