IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE ABEL GARCIA,**<br><br>Plaintiff,<br><br>v.<br><br>**HLA WIN, et al.,**<br><br>Defendants. | 2:19-CV-0434-TLN-DMC-P<br><br>**ORDER**<br><br><br>Judge: The Hon. Dennis M. Cota<br>Trial Date: Not set<br>Action Filed: March 11, 2019 |

The Court, having considered Defendants' <u>third</u> motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendants' motion is granted. The deadline to file a dispositive motion is extended to July 19, 2021. All discovery deadlines shall remain closed.

Dated: June 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1