IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ABEL GARCIA,**<br><br>Plaintiff,<br><br>v.<br><br>**HLA WIN, et al.,**<br><br>Defendants. | Case No. 2:19-CV-0434-TLN-DMC-P<br><br>**ORDER** |

    Good cause appearing, Defendants' fourth motion to modify the discovery and scheduling is granted. Defendants shall file their dispositive motion on or before September 17, 2021. All discovery deadlines are already closed, and shall remain closed.

    **IT IS SO ORDERED.**

**Dated: July 26, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE